**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Johnny Bernard VAUGHN,
Defendant–Appellant.**

No. 04–10049
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 23, 2004.

Floyd Clardy, Dallas, TX, for Plaintiff–Appellee.

Johnny Bernard Vaughn, Beaumont, TX, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Johnny Bernard Vaughn, a federal prisoner (# 25787–177), appeals the district court's *sua sponte* denial of his motion for reduction of sentence based on substantial assistance, purportedly filed pursuant to FED.R.CRIM.P. 35(b).

Only the Government can file a motion for reduction of a defendant's sentence pursuant to Rule 35(b). *United States v. Early,* 27 F.3d 140, 141 (5th Cir.1994) (citing Rule 35(b), historical note, 1991 amendment). Vaughn's Rule 35(b) motion was "an unauthorized motion which the district court was without jurisdiction to entertain." *Id.* at 142. Vaughn failed to make a "substantial threshold showing" of "unconstitutional motive" that might have permitted the district court to review the Government's refusal to file a Rule 35(b) motion. *See United States v. Wade,* 504 U.S. 181, 185–86, 112 S.Ct. 1840, 118 L.Ed.2d 524 (1992).

The judgment of the district court is AFFIRMED.

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.